1  RIMON, P.C.
   Kendra Orr (SBN 256729)
2  kendra.orr@RIMONlaw.com
   50 California Street, Suite 1500
3  San Francisco, California 94111
   Telephone: 415.237.0864
4  Facsimile: 415.683.5472

5  Attorneys for Pharmacy Technician Certification Board

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE DMCA SUBPOENA TO NAMECHEAP, INC., | Case No. |
13 |  | **DECLARATION OF KENDRA ORR IN SUPPORT OF DMCA SUBPOENA TO NAMECHEAP, INC. PURSUANT TO 17 U.S.C. § 512(H)** |
14 | . |  |

17    I, Kendra Orr, declare as follows:

18    1.    I am an attorney at law, duly licensed to practice law in the State of California and before this Court. I am employed as an attorney at the law firm RIMON P.C. ("RIMON"). RIMON is counsel for the Pharmacy Technician Certification Board ("PTCB"). PTCB's exclusive rights under copyright include, without limitation, copyright-protected exams and exam questions related to PTCB's Certified Pharmacy Technician ("CPhT") certification program (the "Exam Content").

    2.    RIMON is authorized to act on PTCB's behalf in the protection of copyrights and/or exclusive rights possessed by PTCB pertaining to the Exam Content.

    3.    PTCB is requesting that the attached proposed subpoena that would order Namecheap, Inc. ("Namecheap") to disclose the identity, including name(s), address(es), telephone number(s), email address(es), and account number(s) of the Namecheap, Inc. account

associated with the website https://pokerexams.com, including confidential materials not released to the public. The purpose for which the subpoena is sought is to obtain the identity of the account holder of the website https://pokerexams.com that has posted infringing Exam Content.

4. The information obtained will only be used for the purposes of protecting the rights granted to PTCB under the Copyright Act.

5. Under 17 U.S.C. § 512(c)(3)(A), PTCB through its agents submitted a takedown notice to Namecheap identifying the infringing content posted by the infringing website and providing the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached here as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in San Francisco, California on September 15, 2025.

/s/ *Kendra Orr*
Kendra Orr

# EXHIBIT 1

# Mark Carlos Franco

| | |
|---|---|
| **From:** | Levi Boren <lboren@ptcb.org> |
| **Sent:** | Friday, August 29, 2025 11:50 AM |
| **To:** | Mark Carlos Franco |
| **Cc:** | Tina Chang |
| **Subject:** | Fwd: Copyright Infringement Takedown Notification |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mark,

Forwarding the takedown request that Caveon sent to the pokerexam domain host.

---------- Forwarded message ---------
From: **Cary Straw** <Cary.Straw@caveon.com>
Date: Wed, Aug 27, 2025 at 9:14 PM
Subject: Copyright Infringement Takedown Notification
To: abuse@namecheaphosting.com <abuse@namecheaphosting.com>
Cc: Levi Boren <lboren@ptcb.org>

August 27, 2025

# Attn: Copyright Agent- Pokerexams.com

admin@pokerexams.com

RE:  Notice of Copyright Infringement

Dear Copyright Agent/Pokerexams.com

I am writing on behalf of the Pharmacy Technician Certification Board (PTCB) to identify copyright infringement concerns regarding the website(s) identified above. Specifically, we have determined that these website(s) may violate federal and state intellectual property rights belonging to PTCB.

Pursuant to the Digital Millennium Copyright Act ("DMCA"), I have provided relevant information regarding the infringing sites and infringed content below. The exclusive rights provided by this legislation may be infringed upon by material available upon your site at the following URL(s):

https://pokerexams.com/library/courses/exams/questions/pharmacy-technician-certification-ptce-exam-version-4

https://pokerexams.com/library/courses/exams/questions/pharmacy-technician-certification-ptce-exam-version-3

https://pokerexams.com/library/courses/exams/questions/pharmacy-technician-certification-ptce-exam-version-2

https://pokerexams.com/library/courses/exams/questions/pharmacy-technician-certification-ptce-exam-version-1

**Infringing Materials/Website.**
The infringing materials all are found on www.pokerexams.com/, which upon information and belief, we understand to be registered and hosted by your organization and located at www.pokerexams.com/. This site offers for sale what PTCB believes to be verbatim, content identical, technically indistinguishable, or substantially similar copies of its copyrighted

1

material, commercially available for downloading by site visitors for a fee or at no cost. These web sites are in no way affiliated with or endorsed by PTCB, nor have these sites secured written permission or authority to post PTCB's copyrighted works. The materials posted on the site are therefore unauthorized, illegal reproductions of PTCB.org property.

PTCB has formed a good faith belief that the use of the copyrighted materials described above is not authorized by the copyright owners, their agents, or the law. PTCB further believes that such use is not covered by any form of Fair Use, inasmuch as the use is unquestionably commercial and the amount of content being infringed is well beyond any reasonable fair use.

In light of the above-described unlawful and infringing content, PTCB requests the immediate removal of the copyrighted material from these sites, as well as the removal of all information on the web sites referring or relating to such material. We also caution you that you have an obligation to ensure that this same infringing content is not simply re-posted on a new URL by the same individual(s) in an attempt to circumvent your initial take down. PTCB will be monitoring to make sure such action does not take place.

PTCB appreciates your prompt attention to this serious matter. I would appreciate a written response from you as to the specific steps you have taken in response to my letter by **September 2, 2025**, which can be delivered to me at christie.zervos@caveon.com. If you have any questions regarding this matter, please contact me at christie.zervos@caveon.com

Sincerely,


Christie Zervos
Caveon Test Security
6905 South 1300 East #468
Midvale, UT  84047
Christie.zervos@caveon.com



cc: PTCB.org

*[signature: Cary]*

Cary Straw
Executive Web Patrol Manager
831.402.2383
cary.straw@caveon.com

*[signature]*




--
**Levi A. Boren, PhD, ICE-CCP**

Chief Assessment & Credentialing Officer

ptcb.org | Direct: 202-888-1723

2



[Have questions? Visit our Help Center!](#)

*CONFIDENTIALITY NOTICE: This email may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the individual(s) named above and any dissemination or copying of this e-mail by any person other than the intended recipient of this email is strictly prohibited.*